MANLY, STEWART & FINALDI
Lawyers
19100 Von Karman Ave., Suite 800
Irvine, CA 92612
(714) 252-9990• Fax: (949) 252-9991

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE RKD DOE, | Case No.:5-18-cv-01226-R-SPx |
| Plaintiff, | Assigned to: |
| v. | Hon. Judge Manuel L. Real<br>Crtrm. 880 (Roybal)<br>Hon. Magistrate Judge Sheri Pym<br>Crtrm. 3 (Riverside) |
| REDLANDS UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | **ORDER ON STIPULATION OF PARTIES RE: ORDER TO REMAND ACTION TO SAN BERNARDINO SUPERIOR COURT** |
| | Action Filed: April 17, 2018<br>Action Removed: June 6, 2018 |

The Court having read and approved the Stipulation of the Parties to this Action Re Stay on Proceedings and good cause appearing,

**IT IS HEREBY ORDERED** that

1. The Stipulation is approved;
2. The Court finds that it lacks supplemental jurisdiction over this Action;
3. This matter is hereby Remanded to the San Bernardino Superior Court;

**SO ORDERED**

Dated: July 9, 2018

_____
Hon. Judge Manuel L. Real